UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STACY LEE PELTIER, | Case No. 14-CV-1398 (PJS/HB) |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Stacy Lee Peltier, pro se.

Benjamin F. Langner, UNITED STATES ATTORNEY'S OFFICE, for respondent.

Petitioner Stacy Peltier seeks a writ of habeas corpus under 28 U.S.C. § 2241. This matter is before the Court on Peltier's objection to the March 17, 2015 Report and Recommendation ("R&R") of Magistrate Judge Hildy Bowbeer. Judge Bowbeer recommends dismissing Peltier's § 2241 petition for lack of jurisdiction. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court overrules Peltier's objection and adopts the R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES petitioner's objection [ECF No. 14] and ADOPTS the R&R [ECF No. 12]. Accordingly, IT IS HEREBY ORDERED THAT:

1. Petitioner's 28 U.S.C. § 2241 petition [ECF No. 1] is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

2. Petitioner's motion for bond [ECF No. 11] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 16, 2015             <u>s/Patrick J. Schiltz</u>
Patrick J. Schiltz
United States District Judge